No. 81–538.  WELLS *v.* BROWN ET AL.  C. A. 5th Cir. Certiorari denied.

No. 81–539.  CALIFORNIA ET AL. *v.* TUTTLE ET AL.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 81–544.  SILVERTON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 81–553.  GORDON *v.* HEIMANN, UNITED STATES COMPTROLLER OF THE CURRENCY, ET AL.; GORDON *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL.; and GORDON *v.* SECURITIES AND EXCHANGE COMMISSION ET AL.  C. A. 5th Cir.  Certiorari denied.  Reported below: 645 F. 2d 70.

No. 81–558.  MELLON *v.* JOHN F. BEASLEY CONSTRUCTION CO.  C. A. 4th Cir.  Certiorari denied.

No. 81–562.  SOSO LIANG LO *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 81–563.  HOLIDAY RAMBLER CORP. *v.* NORCOM DIVISION ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 81–567.  COMMISSION HOUSE DRIVERS UNION LOCAL No. 400 ET AL. *v.* SWACKARD.  C. A. 6th Cir.  Certiorari denied.

No. 81–576.  JACOBS *v.* COLLEGE OF WILLIAM AND MARY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 81–597.  POE *v.* SUPREME COURT OF THE UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.